AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 2:59 pm, Aug 20, 2025

| | |
|---|---|
| United States of America<br>v.<br>Mark Thomas Bigelow<br><br>*Defendant* | Case: 1:25-mj-00153<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/20/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Mark Thomas Bigelow    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees
   18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees

Date: 08/20/2025

*Issuing officer's signature*

City and state:    Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/20/2025, and the person was arrested on *(date)* 8/21/2025
at *(city and state)* Washington DC

Date: 8/21/2025

*Arresting officer's signature*

Stephen H. Lane
*Printed name and title*