## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIM CASE NO. |
| | : | |
| v. | : | MAGISTRATE CASE NO. 25-mj-153 |
| | : | |
| **MARK THOMAS BIGELOW** | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| Defendant. | : | Certain Officers or Employees) |

# INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 19, 2025, within the District of Columbia, **MARK THOMAS BIGELOW,** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Homeland Security Special Agent J.N., Drug Enforcement Administration Special Agent J.C. and Diplomatic Security Service Special Agent A.K., persons designated in section 1114 of Title 18, United States Code, while such persons were engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of 18 U.S.C. § 111(a)(1)) (Misdemeanor)

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  */s/ DANIEL T. SEIDEL*
DANIEL T. SEIDEL
Assistant United States Attorney
Violence Reduction and Trafficking Offenses
601 D Street, N.W.
Washington, D.C. 20530
CO Bar No. 41521
daniel.seidel@usdoj.gov
202-252-7619