UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 25-cr-00263 (MAU) |
| v. : | |
| : | |
| MARK THOMAS BIGELOW, : | |
| : | |
| Defendant. : | |

## MOTION TO DISMISS COMPLAINT AND INFORMATION WITH PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully asks for leave of Court and moves to dismiss this matter against Mark Thomas Bigelow with prejudice, pursuant to Fed. R. Crim. P. 48(a). The Government further avers that dismissal of the instant matter with prejudice would serve the interests of justice. As such, the Government respectfully moves the Court to enter an order dismissing with prejudice the Complaint (ECF No. 1) and Information (ECF No. 10) against Mark Thomas Bigelow and vacate any deadlines as well as the trial date in this matter.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/
Daniel Seidel
Assistant United States Attorney
CO Bar No. 41521
daniel.seidel@usdoj.gov
U.S. Attorney's Office for the District of Columbia
601 D Street NW, Washington, D.C. 20530